UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCARTY, et al., | No. 2:13-cv-00431 KJM AC |
| Plaintiffs, | |
| v. | ORDER |
| HUMPHREY, et al., | |
| Defendants. | |

In a minute order filed by the court on July 3, 2013, the status conference for the above case was reset for September 19, 2013, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on September 12, 2013, but there was no appearance by defendants' counsel Timote Tuitavuki at the September 19th conference.

Accordingly, Mr. Tuitavuki is ordered to show cause on or before October 11, 2013, why he should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: September 23, 2013.

UNITED STATES DISTRICT JUDGE

1