UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCARTY, et al., | No. 2:13-cv-00431-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| HUMPHREY, et al., | |
| Defendants. | |

On September 23, 2013 the court issued defendants' counsel, Timote Tuitavuki, an order to show cause, ECF No. 26, as to why he should not be sanctioned for failure to appear at the September 19, 2013 status conference in the above-captioned matter.  Although the court imposed an October 11, 2013 deadline, as of the date of this order, counsel has not shown cause.

Accordingly, the court sanctions defendants' counsel in the amount of $250.  Counsel shall not relay this cost to his clients.  Within seven (7) days of this order, counsel is ordered to remit payment and to file a declaration so stating.  Failure to comply will result in additional sanctions.

IT IS SO ORDERED.

DATED:  October 31, 2013.

_____
UNITED STATES DISTRICT JUDGE

1