UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MCCARTY, et al.,

            Plaintiffs,

   v.

HUMPHREY, et al.,

            Defendants.

No.  2:13-cv-00431-KJM-AC

ORDER TO SHOW CAUSE

On November 1, 2013 the court sanctioned defendants' counsel, Timote Tuitavuki, in the amount of $250.00, ECF No. 28, for failure to comply with its previous order to show cause based on a failure to appear, ECF No. 26.  Although the court imposed a November 8, 2013 deadline, as of the date of this order, counsel has neither remitted payment nor filed the attendant declaration.

Accordingly, Mr. Tuitavuki is again ordered to show cause within fourteen (14) days of the date of this order why he should not be sanctioned in the additional amount of $500.00 for failure to comply with the court's previous sanction.  Further failure to comply may also result in disciplinary action based on this court's local rules and the filing of a report with the State Bar of California.

IT IS SO ORDERED.

DATED:  December 4, 2013.

_____
UNITED STATES DISTRICT JUDGE

1