UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCARTY, et al., | No. 2:13-cv-00431-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| RUSSELL HUMPHREY, et al., | |
| Defendants. | |

On November 4, 2015, the court issued a minute order setting a final pretrial conference in this case. ECF No. 96. In the same order, the court directed the parties to file a joint pretrial conference statement no later than two weeks before the final pretrial conference. *Id.* As of the date of this order, no statement has been filed.

The final pretrial conference is RESET for January 15, 2016, at 10:00 a.m. The parties shall file a joint pretrial conference statement no later than December 18, 2015. Counsel for both parties are ORDERED to show cause why they should not each be sanctioned $250 for failure to comply with the court's orders.

IT IS SO ORDERED.

DATED: December 1, 2015.

UNITED STATES DISTRICT JUDGE

1