1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES MCCARTY,                          No.  2:13-CV-0431 KJM AC

12                   Plaintiff,

13          v.                                ORDER TO SHOW CAUSE

14    RUSSELL HUMPHREY, et al.,

15                   Defendants.

16

17          On November 4, 2015, the court issued a minute order setting a final pretrial

18    conference in this case.  ECF No. 96.  In the same order, the court directed both parties to file a

19    joint pretrial conference statement no later than two weeks before the final pretrial conference.

20    *Id.*  The parties did not submit a joint statement by the court ordered deadline.  *Id.*

21          On December 1, 2015, the court ordered both parties to show cause why sanctions

22    should not be imposed for failure to comply with the court's order to submit a joint pretrial

23    conference statement.  ECF Nos. 97 & 99.  On December 15, 2015, the parties filed a joint

24    response to the court's order to show cause.  ECF No. 101.  The parties explained the deadline

25    "fell through the cracks."  *Id.*

26          In the interim, the parties filed a notice of settlement leading the court to issue an

27    order requiring dispositional documents be filed within 30 days of December 1, 2015.  ECF No.

28    98.  Thirty days have passed and no such documents are on file.  The court therefore renews its

1

1   order to show cause as to why the parties should not be sanctioned, either monetarily or through

2   dismissal of the case.  The parties' response to this order is due within 14 days.

3              IT IS SO ORDERED.

4    DATED:  January 13, 2016.

5

6                                        _____
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28