UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCARTY; ROBERT McCARTY,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RUSSEL HUMPHREY, in his individual capacity; the HUMPHREY LAW GROUP; JOHN DAVID FIGONE III TRUST ET AL; LAKESHORE TOWER ASSOCIATION; FAIRWAY MANAGEMENT SERVICES, INC.; LODI LAND COMPANY, LLC.; MARK T. CHAO; YEN L. CHEN; KERRY M. GIANNONI LIVING TRUST; MIKE MALONEY; LANI K. MALONEY; and DOES 1-8,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00431-KJM-AC<br><br>ORDER ON JOINT STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

　　　The court approves the parties' stipulation of dismissal filed on February 16, 2016. See ECF 106. The court will retain jurisdiction over the matters covered by the stipulation for one year, with the following clarification: In the event the parties believe court intervention is required during that period, the parties shall jointly file a notice not to exceed five pages identifying their dispute and their efforts to resolve it. After filing any such notice the parties shall await direction from the court before making any further filings.

　　　IT IS SO ORDERED.

DATED: March 24, 2016.

_____
UNITED STATES DISTRICT JUDGE