UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCARTY; ROBERT McCARTY;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUSSEL HUMPHREY, in his individual capacity; the HUMPHREY LAW GROUP, LARRY ANDERSON, owner of the land and building located at 1420 S. Mills Ave, Lodi, CA 95242; LAKESHORE PLAZA;  JOHN DAVID FIGONE III TRUST ET AL, and DOES 1-8,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00431-KJM-AC<br><br>JUDGMENT |

　　　The issues in this action having been duly considered in Plaintiff's Motion for Summary Judgment, which the court granted in part and denied in part, (ECF 94), the court's Order granting injunctive relief against Defendants RUSSEL HUMPHREY, HUMPHREY LAW GROUP, LAKESHORE TOWER ASSOCIATION, JOHN DAVID FIGONE III TRUST, FAIRWAY MANAGEMENT SERVICES, INC., LODI LAND COMPANY LLC, MARK T. CHOW, YEN L. CHEN, KERRY M. GIANNONI LIVING TRUST, MIKE MALONEY, LANI K. MALONEY (hereinafter collectively "Defendants") is hereby confirmed.  Defendants are ORDERED to make the top of both stairway handrails at 1420 S. Mills Ave., Lodi CA 95242

compliant with the Americans with Disability Act (ADA), install the return and nosing as required by the ADA within 90 days from the date of this order, and make the new double and third disabled parking spaces compliant with the ADA regarding the slope requirements, with compliance to be verified with a CASp ADA expert report.  (*See* ECF 95).  As to further injunctive relief at Lakeshore Plaza located at 1420 S. Mills Ave., Lodi CA 95242, pursuant to the parties' settlement agreement filed with the court and the court's Order dismissing the case on March 25, 2016, Defendants shall install grab bars in the men's restrooms at Lakeshore Plaza as required by the ADA.  (ECF. 107).  The court having issued its orders thereon, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendants in the amount of $16,000, and judgment on the court's prior injunctive relief order (ECF 95) and the Stipulation of Dismissal and settlement agreement involving injunctive relief be against Defendants and are final judgments.  (ECF 107).

       IT IS SO ORDERED.

DATED:  April 14, 2016

_____
UNITED STATES DISTRICT JUDGE